**SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. CR-10-275 |
| | : | |
| v. | : | VIOLATION: 21 U.S.C. § 846 |
| | : | (Conspiracy to Distribute and Possess With Intent |
| ADRIAN VINSON | : | to Distribute Phencyclidine) |
| Defendant. | : | |
| | : | **UNDER SEAL** |

BATES, J. JDB

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

From in or about 2005 and continuing up to in or about September 2010, within the District of Columbia and elsewhere, Adrian Vinson, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute mixtures and substances containing detectable amounts of phencyclidine, a Schedule II narcotic drug controlled substances, and the amount of said mixtures and substances was 100 grams or more of phencyclidine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv).

**(Conspiracy to Distribute and Possess With Intent to Distribute Phencyclidine**, in violation of Title 21, United States Code, Section 846)

Respectfully submitted,

RONALD C. MACHEN JR., Bar Number 498-610
United States Attorney

ARVIND K. LAL, Bar Number 389-489
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4217
Washington, DC 20530
202-353-8833

Case Related To 10-CR-227-(JDB)